**UNITED STATES DISTRICT COURT**    **EASTERN DISTRICT OF TEXAS**

| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:14-CR-129 |
| | § | |
| NICKY JOE HIGNIGHT | § | |
| | § | |

### ORDER REGARDING MOTION TO MODIFY SENTENCE
### PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

Upon motion of the Defendant under 18 U.S.C. § 3582(c)(1)(A)(i) to modify the term of imprisonment imposed based on extraordinary and compelling circumstances, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a) and the policy statement set forth in USSG §1B1.13(2), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[✔] DENIED.    [ ] GRANTED and defendant's previously imposed sentence of imprisonment of _____ months is **reduced to** _____.

### I.    ADMINISTRATIVE REMEDIES

The Defendant [✔] HAS [ ] HAS NOT exhausted all administrative remedies.

### II.    FINDINGS REGARDING EXTRAORDINARY AND COMPELLING REASONS

A.    Specified Medical Conditions

The Defendant [ ] IS [✔] IS NOT suffering from a terminal illness,
the Defendant [ ] IS [✔] IS NOT suffering from a serious physical or medical condition,
the Defendant [ ] IS [✔] IS NOT suffering from a serious functional or cognitive impairment, or
the Defendant [ ] IS [✔] IS NOT experiencing deteriorating physical or mental health because of the aging process, that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover.

Additional Comments:

Defendant asserts that he currently suffers from depression, hyperlipidemia, hypertension, asthma, tooth eruption, and periodontitis. According to Defendant's 2015 Presentence Investigation Report ("PSR"), he reported the following medical conditions: hemorrhoids, hypertension, borderline diabetes, prostate trouble, arthritis, back pain from a 2008 car wreck, and asthma. United States Probation and Pretrial Services ("Probation") reports that Hignight is classified as a Care Level 2 inmate (chronic and stable) and his mental health is classified at Care Level 1. Probation notes that the warden where Defendant is housed denied his request for compassionate release because he is receiving treatment for high blood pressure and asthma, his medical status is stable, and the correctional facility is adequately equipped to address his medical needs.

B.     Defendant's Age

The Defendant [ ] IS [✔] IS NOT at least 65 years old.
The Defendant [ ] IS [✔] IS NOT experiencing a serious deterioration in physical or mental health because of the aging process.
The Defendant [ ] HAS [✔] HAS NOT served at least 10 years or 75 percent of his or her term of imprisonment, whichever is less.

Additional Comments:

Defendant is 60 years old and has completed approximately 48 months (approximately 18%) of his 262-month sentence of imprisonment. His projected release date is June 7, 2034.

C.     Defendant's Family Needs

The Defendant [ ] HAS [✔] HAS NOT experienced the death or incapacitation of the caregiver of the defendant's minor child or minor children.
The Defendant [ ] HAS [✔] HAS NOT experienced the incapacitation of the defendant's spouse or registered partner when the defendant would be the only available caregiver for the spouse or registered partner.

Additional Comments:

Defendant maintains that, if released, he would be the primary caretaker of his mother and grandmother because they are "not in the best health and have very few people to take care of them." Neither of these relationships meets the statutory criteria. Further, according to Defendant's PSR, all four of his children are over the age of 18.

D.     Other Reasons

The Defendant [ ] HAS [✔] HAS NOT identified other extraordinary and compelling reasons.

Additional Comments:

Defendant's request is based solely on the potential spread of COVID-19 and his fear of contracting the virus as an extraordinary and compelling reason for compassionate release, which courts have repeatedly held to be insufficient grounds for relief. Defendant is housed at Federal Correctional Institution Texarkana ("FCI Texarkana"), located in Texarkana, Texas. As of September 29, 2020, BOP statistics list 4 inmates (out of 904) and 6 staff members who are currently positive for COVID-19 at FCI Texarkana, 1 inmate and 3 staff members who have recovered, and 0 inmates who have succumbed to the disease. Thus, it appears that the facility is handling the outbreak appropriately and providing adequate medical care.

### III.   USSG § 1B1.13(2) FINDINGS

Having considered the policy statement regarding compassionate release the court concludes that:

☑ The Defendant has not demonstrated that he/she would not pose a danger to the safety of any other person or the community, if released.

☐ The Defendant likely would pose a danger to the safety of any other person or the community, if released.

☐ The Defendant would not pose a danger to the safety of any other person or the community, if released.

Additional Comments:

### IV.   18 U.S.C. § 3553(a) FINDINGS

The nature and circumstances of Defendant's offense of conviction entail his participation in a conspiracy involving the distribution of between 500 grams and 1.5 kilograms of a mixture or substance containing a detectable amount of methamphetamine or between 50 and 150 grams of methamphetamine (actual). Defendant supplied coconspirators with multigram quantities of methamphetamine from various sources for distribution to others in the Eastern and Northern Districts of Texas. Defendant sold methamphetamine to a confidential source in a controlled buy on several occasions. Officers executed a search warrant at Defendant's residence and recovered methamphetamine, digital scales, and assorted tablets of prescription drugs. During a traffic stop, officers discovered methamphetamine and drug paraphernalia in Defendant's vehicle. Defendant is a career offender and has an extensive criminal history, including prior convictions for vehicle theft, possession of a controlled substance with intent to deliver methamphetamine in a drug free zone (2), assault, engaging in organized criminal activity, possession of drug paraphernalia, conspiracy to manufacture or distribute methamphetamine, and manufacture and delivery of a controlled substance. Additionally, Defendant has a history of poly-substance abuse. Thus, Defendant's release from confinement is not warranted.

SIGNED at Beaumont, Texas, this 30th day of September, 2020.

_Marcia A. Crone_
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

3